# Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

**Plaintiff / Petitioner:**
CONSWALER FITZROY

**Defendant / Respondent:**
CITY OF NEW YORK,
METROPOLITAN TRANSIT AUTHORITY and
JOHN DOE 1-5

**AFFIDAVIT OF SERVICE**

Index No:
510573/2024

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 203 E. Post Rd, White Plains, NY 10601. That on Thur, Apr 18 2024 AT 10:45 AM AT 100 Church Street, New York, NY 10007 deponent served the within SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, VERIFICATION (Received Apr 12, 2024 at 3:00pm EDT) on CITY OF NEW YORK

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** CITY OF NEW YORK, a defendant, therein named, by delivering a true copy of each to A. GOEBLER personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be NEW YORK CITY LAW DEPARTMENT PROCESS SERVICE INTAKE CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE, thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 40's | Ethnicity: Caucasian | Gender: Male | Weight: 150-200 lbs |
| Height: Sitting | Hair: Brown | Eyes: Brown | Relationship: Intake Clerk |
| Other: Wore glasses | | | |

_____
Arnold Raghu
License # 2040935DCA

I affirm this 18 day of APRIL, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.