# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x    **No. 24-CV-_____**

CONSWALER FITZROY,

Plaintiff,

**CONSENT TO REMOVAL
BY CITY OF NEW YORK**

-against-

CITY OF NEW YORK, METROPOLITAN TRANSIT
AUTHORITY, and JOHN DOES 1-5,

Defendants,

-------------------------------------------------------------------------x

Defendant City of New York, by and through its undersigned counsel, hereby consents to

removal of this action—originally filed in New York Supreme Court, Kings County and styled

as *Conswaler Fitzroy v. City of New York, Metropolitan Transit Authority, and John Does 1-5*,

Index Number 510573/2024—to the United States District Court for the Eastern District of New

York based upon this court having original jurisdiction over the matter within the meaning of 28

U.S.C. Section 1331.  By consenting to this removal the City does not waive any defenses which

may be available to it.

Dated:   New York, New York
           April 23 2024

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New
York

By:_____

    Andrew Owen
    Senior Counsel
    100 Church Street
    New York, New York 10007
    212-356-4230
    *Attorneys for Defendant City of New
    York*