# Exhibit E

SUPREME COURT THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------ x   Index No.: 510573/2024
CONSWALER FITZROY,

                       Plaintiff,                      **NOTICE OF FILING REMOVAL**

                -against-

CITY OF NEW YORK, METROPOLITAN TRANSIT
AUTHORITY, and JOHN DOES 1-5,

                     Defendants,
------------------------------------------------------------------------x

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendant Metropolitan Transit Authority ("MTA"), by and through its undersigned attorneys, and in accordance with 28 U.S.C. § 1446, has filed a Notice of Removal in the above-captioned action with the United States District Court for the Eastern District of New York, removing this action from the Supreme Court of the State of New York, County of Kings to the United States District Court for the Eastern District of New York. A copy of the federal Notice of Removal is annexed as Exhibit 1.

                                                      Respectfully submitted,

Dated: New York, New York
         April 23, 2024

                                          PAIGE GRAVES
                                          General Counsel
                                          Metropolitan Transportation Authority
                                          *Attorney for Defendant*

                                          By: _____
                                          Hsiao-Hsiang (Catherine) Wan
                                          Deputy General Counsel
                                          Commercial Litigation
                                          2 Broadway, 24th Floor
                                          New York, New York 10004
                                          Tel: (646) 252-7295
                                          Hsiao.Wan@MTAHQ.ORG