UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

CONSWALER FITZROY,

       Plaintiff,

       -v-

CITY OF NEW YORK, METROPOLITAN TRANSIT AUTHORITY, and JOHN DOES 1-5,

       Defendants.

---------------------------------------------------------------- x

No. 24 Civ. 3016 (JAM)

# NOTICE OF DEFENDANT METROPOLITAN TRANSPORTATION AUTHORITY'S MOTION TO DISMISS

**Date of Service: May 28, 2024**

PLEASE TAKE NOTICE, that upon the annexed Declaration of Marjorie Dorsainvil in Support of Motion to Dismiss, dated May 15, 2024, with Exhibits A - C, and the accompanying Memorandum of Law, and all the proceedings heretofore had herein, the undersigned, on behalf of Defendant Metropolitan Transportation Authority ("MTA"), shall move this Court pursuant to the parties' joint proposed briefing schedule order dated May 14, 2024, at the United States Courthouse, located at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) dismissing Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, and for such other relief in favor of the MTA as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that all answering papers must be served within 14 days of the date hereof pursuant to Local Civil Rule 6.1(b).

Dated: New York, New York
       May 28, 2024

Respectfully submitted,

PAIGE GRAVES
General Counsel
METROPOLITAN TRANSPORTATION AUTHORITY

By: /s/ Hsiao-Hsiang (Catherine) Wan
    Hsiao-Hsiang (Catherine) Wan
    Deputy General Counsel
    2 Broadway, 24th Floor
    New York, New York 10004
    Tel: (646) 252-7295
    hsiao.wan@mtahq.org

    *Attorney for Defendant Metropolitan Transportation Authority*

Via Overnight Mail and Email

John@NewYorkTrialLawyers.org

Attorney for the Plaintiff
John Tait, Esq.
Law Office of Michael H. Joseph PLLC
203 E. Post Road,
White Plains, NY 10601
City of New York, Defendant

markhan@law.nyc.gov
Attorneys for the City of New York
Mariam Khan, Esq.
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007

## **CERTIFICATE OF SERVICE**

I, hereby certify that, on the 28th day of May, 2024, I caused to be served a copy of the foregoing documents:

1. Notice of Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

2. Memorandum in Support of Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); and

3. Declaration of Marjorie Dorsainvil in Support of Motion to Dismiss, along with Exhibits A - C.

These documents were served via overnight mail to the following parties at their respective counsel's offices, as well as through email of each of the registered counsel:

John@NewYorkTrialLawyers.org
Attorney for the Plaintiff
John Tait, Esq.
Law Office of Michael H. Joseph PLLC
203 E. Post Road,
White Plains, NY 10601
City of New York, Defendant

markhan@law.nyc.gov
Attorneys for the City of New York
Mariam Khan, Esq.
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007

Dated: New York, New York
       May 28, 2024

Respectfully submitted,

PAIGE GRAVES
General Counsel
METROPOLITAN TRANSPORTATION AUTHORITY

By: /s/ Hsiao-Hsiang (Catherine) Wan
    Hsiao-Hsiang (Catherine) Wan
    Deputy General Counsel
    2 Broadway, 24th Floor
    New York, New York 10004
    Tel: (646) 252-7295
    hsiao.wan@mtahq.org

*Attorney for Defendant Metropolitan Transportation Authority*