# Exhibit A

BU-23-11-06-30-001

# NOTICE OF CLAIM
-------------------------------------------X

*In the Matter of the Claim of*

Conswaler Fitzroy,

- against -

City of New York, New York City Transit Authority, and MTA Bus Company

-------------------------------------------X



TO:  OFFICE OF THE NEW YORK CITY COMPTROLLER
1 CENTRE ST #530
NEW YORK, NY 10007

OIG
ONE PENN PLAZA, 11TH FLOOR, SUITE 1110
NEW YORK, NEW YORK 10119

MTA GENERAL COUNSEL
2 BROADWAY, 4TH FLOOR
ATTN: VICTORIA CLEMENT
NEW YORK, NY 10017

ELIZABETH A. COONEY, GENERAL COUNSEL
OFFICE OF THE GENERAL COUNSEL
2 BROADWAY, 30TH FLOOR
NEW YORK, NY 10004

MTA BUS COMPANY
OFFICE OF THE CONTROLLER
128-15 28TH AVENUE
FLUSHING, NY 11354

MTA EMAIL: serviceclaims@nyct.com
NYC COMPTROLER PORTAL



PLEASE TAKE NOTICE that the undersigned claimant hereby makes claim and demands against you as follows:

1. **Name and post office address of each claimant and claimants' attorneys is:**

| | |
|---|---|
| **Claimant** | **Attorney** |
| Conswlaer Fitzroy | Law Office of Michael H. Joseph PLLC |
| 783 Jefferson Avenue, Unit 6 | 203 East Post Road |
| Brooklyn, NY 11221 | White Plains, NY 10601 |
| | (914) 574-8330 |

2. **Nature of Claim:** False arrest, false imprisonment, abuse of process, unlawful search and seizure, subjected to intentional infliction of serious emotional distress and harm, malicious prosecution, negligence, recklessness, wrongful incarceration and violation of civil rights of claimant, all caused by the intentional, negligent, reckless and careless action of, whose identity is presently unknown. Claimant was illegally and unlawfully harassed, injured mentally, imprisoned, arrested, seized and searched without just cause. Claimant was made to suffer inhuman treatment, maliciously prosecuted and was deprived of his Constitutional and civil rights, in violation of 42 U.S.C. 1983, all without basis or reason. Respondent's agents, employees and servants violated claimant's rights and were negligent in heeding the instructions and notice provided to them. They were negligent in training, disciplining and supervising of its officers. All of the aforementioned caused claimant to suffer deprivation of liberty, psychological injuries, including but not limited to shock, depression, angst and shock.

3. **The time when, the place where and the manner in which the claim arose:** On November 6, 2023, at approximately 4:10 p.m., on an MTA Bus (route S51) at the Staten Island Terminal bus stop, the claimant was wrongfully accused, harassed, physically assaulted, arrested without probable cause, imprisoned, and illegally seized and searched by employees of the MTA and NYPD, whose identity are presently unknown, who were acting under the color of law and within the scope of their employment for the MTA and NYPD, as she was getting onto the Bus. Thereafter, claimant was maliciously prosecuted and subject to abuse of process. All of the aforementioned caused violations of the civil rights and liberties guaranteed to the claimant under the Federal Constitution and the Constitution of the State of New York all in violation of 42 USC 1983.

4. The items of damage or injuries claimed are (do not state dollar amounts). All of the aforementioned caused claimant to suffer deprivation of liberty, physical damages, (including a fractured wrist, fingers, and bruised ribs), hospital and medical expenses, and psychological injuries, including but not limited to shock, depression, angst and shock. Further Claimant is entitled to attorneys' fees and punitive damages.

Said claims and demands are hereby presented for adjustment and payment.

DATED: White Plains, New York
November 14, 2023

_____
Conswaler Fitroy

**VERIFICATION**

STATE OF NEW YORK
          ss.:
COUNTY OF KINGS

Conswaler Fitroy, being duly sworn, deposes and says that deponent is the above-named claimant; deponent has read the foregoing NOTICE OF CLAIM and know its contents; the same is true to deponent's knowledge, except as to those matters stated to be alleged upon information and belief, and as to those matters deponent believes it to be true.

_____
Conswaler Fitroy

Sworn to before me on
November __, 2023

_____
Notary Public

          Law Office of Michael H. Joseph PLLC
          Attorneys for Claimant

          203 East Post Road
          White Plains, NY 10601
          (914) 574-8330