# LAW OFFICE OF MICHAEL H. JOSEPH, P.L.L.C.
## 203 East Post Road
## White Plains, New York 10601

Members:
Michael H. Joseph, Esq.

Associates:
John V. Tait, Esq.

**Tel: (914) 574-8330**
**Fax: (914) 358-5379**

E-Mail:
Websites: www.newyorktriallawyers.org

Of Counsel:
Clifford S. Nelson, Esq.
Joseph Ramirez, Esq.

July 17, 2024

Hon. Lara K. Eshkenazi
United States District Court
Eastern District of New York

    Re:    Fitzroy v. Metropolitan Transportation Authority et al
                1:24-cv-03016-ENV-LKE

Dear Judge Eshkenzai:

    We represent plaintiff in this matter. I write in response to the Order of today's date requesting plaintiff state her position in response to defendant's motion to compel production of a signed 160.50 release.

    I returned from vacation yesterday and saw the email from defense counsel following up on its request for the executed release. I wrote to defense counsel confirming that I would see if the signed release was received upon my physical return to the office today. This morning, upon seeing that we had received the signed and notarized release, I emailed a copy to defense counsel.

    I have no objection to the defendant's request for time to file its Answer.

Respectfully Yours,

LAW OFFICE OF MICHAEL H. JOSEPH, PLLC

John V. Tait