



State of New York

May 5, 2025

**By ECF**
The Honorable Lara Eshkenazi
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Fitzroy v. City of New York, et. al., 24-cv-3016 (ENV)(LKE)
      Defendants' Joint Letter on the Status of Discovery

Dear Judge Marutollo:

On behalf of the Metropolitan Transportation Authority (the "MTA")[1] and the City of New York (the "City") (collectively the "Defendants"), and pursuant to the telephonic status conference order dated February 25, 2025, this is the Defendants' joint letter apprising the Court on the status of discovery in the above-referenced matter. On or before March 24, 2025, the Defendants have re-served plaintiff Conswaler Fitzroy (the "Plaintiff") with the initial document requests and interrogatories to her confirmed address at 783 Jefferson Avenue, Unit 6, Brooklyn, NY 11221. As of the date of this letter, neither the MTA nor the City has received any response to their discovery demands.

Thank you for your attention in this matter.

Respectfully submitted,

PAIGE GRAVES
General Counsel
Metropolitan Transportation Authority
*Attorney for Defendant*

By: _____
Hsiao-Hsiang (Catherine) Wan
Deputy General Counsel
Commercial Litigation
2 Broadway, 24th Floor

---

[1] Plaintiff has mistakenly named the MTA as Metropolitan Transit Authority, instead of its official name Metropolitan Transportation Authority. New York Public Authorities Law § 1264.

New York, New York 10004
Tel: (646) 252-7295
Hsiao.Wan@MTAHQ.ORG

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2662

By:   /s/ Mariam Khan
     Mariam Khan
     Assistant Corporation Counsel

**By Mail**
cc:   Conswaler Fitzroy, Plaintiff