UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CONSWALER FITZROY,

                                Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

24-CV-3016 (ENV) (LKE)

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:      New York, New York
                September 3, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of
                                            New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street,
                                        New York, New York 10007
                                        P: (212) 356-2670

                                   By:   *John McLaughlin /s/*
                                              John McLaughlin, Esq.
                                            *Assistant Corporation Counsel*

Cc:     **VIA ECF**
           All counsel of record.