

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

October 10, 2025

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Conswaler Fitzroy v. Metropolitan Transportation Authority, et al.,
              24-CV-3016 (ENV) (LKE)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York in the above-referenced matter. Pursuant to this Court's status report order on September 12, 2025, the parties respectfully submit this joint status report following the completion of plaintiff's deposition on September 9, 2025 and plaintiff's providing certain authorizations and responses to defendant Metropolitan Transportation Authority's ("MTA") interrogatories before August 8, 2025. The parties anticipate completion of discovery by December 24, 2025.

### Current Status of Discovery Proceedings

        Plaintiff Conswaler Fitzroy's deposition was conducted as scheduled on September 9, 2025, in accordance with this Court's July 9, 2025 Order. During the course of plaintiff's testimony, defendants identified five (5) previously undisclosed medical treatment providers and corresponding records that are material to the claims and defenses in this action. Plaintiff has cooperated fully in this regard, executing HIPAA-compliant releases and authorizations immediately following the deposition to facilitate defendants' acquisition of these newly identified medical records.

        As of the date of this submission, defendants have made substantial progress in obtaining the outstanding medical documentation. One healthcare provider has furnished complete records. Two providers have submitted invoices which have been processed, with records anticipated imminently. The remaining two providers require additional administrative follow-up, which defendants are actively pursuing through appropriate channels.

**Remaining Discovery Items**

The parties have agreed to leave plaintiff's deposition open pending receipt and review of the aforementioned medical documentation. This procedural accommodation preserves defendants' right to complete examination based upon the substantive content of such records. The anticipated discovery tasks include:

1. Completing acquisition of the newly identified medical records through appropriate healthcare facility channels, accounting for standard institutional processing times and potential administrative follow-up requirements;

2. Conducting comprehensive review of the medical documentation to assess materiality and relevance to the instant litigation; and

3. If warranted by the content of such records, reconvening plaintiff's deposition to complete examination on matters arising from the medical documentation.

**Projected Timeline for Discovery Completion**

Based upon the parties' collective experience with medical record procurement and the substantive review requirements, the parties anticipate that an additional 75 days will be sufficient to complete all remaining discovery matters. This timeline contemplates December 24, 2025 as the target date for discovery completion. The proposed timeline serves the interests of judicial economy by ensuring complete development of the factual record before any dispositive motion practice, thereby avoiding potential piecemeal litigation or the necessity for post-judgment discovery proceedings.

**Conclusion**

The parties remain committed to the expeditious resolution of discovery matters consistent with the mandate of Federal Rule of Civil Procedure 1. All parties consent to the projected timeline outlined herein. Defendant Metropolitan Transportation Authority joins in this status report, and *pro se* plaintiff Conswaler Fitzroy has indicated her consent to the proposed discovery schedule.

The parties thank the Court for its time and consideration of this request.

                                     Respectfully Submitted,

                                     *John McLaughlin /s/*

                                     John McLaughlin
                                     Attorney for Defendant City
                                     *Assistant Corporation Counsel*
                                     New York City Law Department
                                     100 Church Street
                                     New York, NY 10007
                                     (212) 356-2670
                                     jmclaugh@law.nyc.gov

Cc:    **VIA ECF & E-MAIL**
       Conswaler Fitzroy
       conyfittzz@gmail.com
       *Plaintiff Pro Se*

       Hsiao-Hsiang Wan
       Metropolitan Transportation Authority HQ
       2 Broadway
       Ste D24.42
       New York, NY 10004
       646-252-7295
       Hsiao.Wan@MTAHQ.ORG
       *Attorney for Codefendant MTA*

       Robert Kenneth Drinan
       NYC Transit Authority
       130 Livingston Street, 12th floor
       Brooklyn, NY 11201
       (718) 694-3892
       Fax: (718)694-4020
       robert.drinan@nyct.com
       *Attorney for Codefendant MTA*