

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

March 30, 2026

**BY ECF**
Honorable Lara K Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Conswaler Fitzroy v. Metropolitan Transit Authority, et al.,
24-cv-3016 (ENV)(LKE)

Your Honor:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York in the above-referenced matter.

The Defendants respectfully submit this joint status letter pursuant to the Court's February 24, 2026 Order (ECF No. 32) to certify the close of fact discovery and propose a briefing schedule for dispositive motions.[1]

The parties hereby confirm that fact discovery in this matter is closed. The parties respectfully propose the following schedule for any dispositive motions:

- Dispositive motions due: May 29, 2026

- Oppositions due: June 29, 2026

- Replies (if any) due: July 13, 2026

The parties note that undersigned counsel for the City of New York is departing the New York City Law Department on April 10, 2026, and a new attorney will be assigned to this matter. The proposed sixty-day briefing period will allow successor counsel adequate time to familiarize themselves with the case and prepare any dispositive motion.

---

[1] As of June 18, 2024, Defendant Metropolitan Transportation Authority's motion to dismiss has been fully submitted (ECF Doc. Nos. 11-13), and the motion has been pending since.

Defendant City of New York contacted Plaintiff to solicit her input on the proposed briefing schedule. Plaintiff did not provide any objection or proposed modifications to the schedule.

The Defendants thank the Court for its time and consideration of this matter.

Respectfully Submitted,

*John McLaughlin* /s/

John McLaughlin
Attorney for Defendant City of New York
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:    **VIA ECF**
       *All counsel of record.*

       **VIA E-MAIL**
       Conswaler Fitzroy
       conyfittzz@gmail.com
       *Plaintiff Pro Se*