UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CONSWALER FITZROY,

                                Plaintiff,             **NOTICE OF APPEARANCE**

        -against-

                                                           24-CV-3016 (ENV)(LKE)

METROPOLITAN TRANSIT AUTHORITY, ET AL.,

                              Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Joseph Zangrilli, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for defendant the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:      New York, New York
               April 10, 2026

                                          STEVEN BANKS
                                          Corporation Counsel of the City of
                                            New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street,
                                        New York, New York 10007
                                        P: (212) 356-2657

                                    By:    *Joseph Zangrilli* /s/
                                          Joseph Zangrilli, Esq.
                                          *Senior Counsel*

Cc:   **VIA ECF**
      *All counsel of record.*

      **VIA E-MAIL**
      Conswaler Fitzroy
      conyfittzz@gmail.com
      *Plaintiff Pro Se*