UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

CONSWALER FITZROY,

                                         Plaintiff,

                  -against-

CITY OF NEW YORK, METROPOLITAN TRANSIT
AUTHORITY, and JOHN DOES 1-5,

                                      Defendants.

---------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

24-cv-3016 (ENV) (LKE)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the

District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the

terms of the settlement agreement reached between the parties and set forth in the Stipulation of

Settlement executed by the parties in this matter.


Dated: New York, New York
_____may 4_____, 2026


Conswaler Fitzroy                              STEVEN BANKS
*Plaintiff* Pro Se                             Corporation Counsel of the
783 Jefferson Avenue, Apt. 6                        City of New York
Brooklyn, NY 11221                             *Attorney for Defendant City*
                                               100 Church Street, 3rd Floor
                                               New York, New York 10007

By: _____            By: _____   5/8/26
     Conswaler Fitzroy                         Joseph Zangrilli
     *Plaintiff* Pro Se                        *Senior Counsel*

                                               SO ORDERED:


                                               _____
                                               HON. ERIC N. VITALIANO
                                               UNITED STATES DISTRICT JUDGE

                                               Dated: _____, 2026

2