<u>DECLARATION OF SERVICE BY E-MAIL & MAIL</u>

I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on May 11, 2025, I served a true and correct copy of the following documents: **a copy of the electronic case filing docket sheet for this matter, including a cover letter and highlighted portion of the Court's May 8, 2026 Order (unnumbered ECF Docket entry),** to plaintiff at the e-mail addresses listed below and at the mailing address below by depositing a copy of said documents, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York:

Conswaler Fitzroy
783 Jefferson Avenue, Unit 6
Brooklyn, New York 11221
cfitzroy@gmail.com
conyfittzz@gmail.com
*Pro se Plaintiff*

Dated: New York, NY
      May 11, 2026

By:   *Joseph Zangrilli* /s/
       Joseph Zangrilli, Esq.
       *Senior Counsel*