UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

CONSWALER FITZROY,

                                                    Plaintiff,

                    -against-

CITY OF NEW YORK, METROPOLITAN TRANSIT
AUTHORITY, and JOHN DOES 1-5,

                                                    Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

24-cv-3016 (ENV) (LKE)

          **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

          **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and

between the undersigned, that

     1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
            may 4      , 2026

Conswaler Fitzroy
*Plaintiff* Pro Se
783 Jefferson Avenue, Apt. 6
Brooklyn, NY 11221

By: _____
Conswaler Fitzroy
*Plaintiff* Pro Se

STEVEN BANKS
Corporation Counsel of the
      City of New York
*Attorney for Defendant City*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____    5/8/26
Joseph Zangrilli
*Senior Counsel*

SO ORDERED:

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

Dated:                        , 2026

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 05/13/2026 _____

/s/ Eric N. Vitaliano

_____
Eric N. Vitaliano
United States District Judge

2